UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MIRANDA CERON,<br><br>Defendant. | Case No.  6:23-MJ-00004-HBK<br><br><br>ORDER OF RELEASE |

The above named defendant having been re-sentenced on April 24, 2023 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A judgment and commitment order will follow.

Dated:   April 24, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1